UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNA LAURINE LEWIS-MORSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:18-CV-48-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES defendant's objections to the M&R [D.E. 17] and REMANDS the action to the Commissioner for a new hearing before a different ALJ who is properly appointed.

**This Judgment Filed and Entered on March 12, 2020, and Copies To:**
Joseph Russell Fentress, IV          (via CM/ECF electronic notification)
Lisa M. Rayo                         (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
March 12, 2020                       (By)  /s/ Nicole Sellers
                                      Deputy Clerk