1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civ. No. 2:18-cv-00048-D

| | |
|---|---|
| JOHNNA MORSE-LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI,[1] Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

Court hereby awards Plaintiff $ 10,000 , in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Russell Fentress, IV, Goss & Fentress, PLC, 735 Newtown Road, Suite 100, Norfolk, VA 23502, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This 20 day of August 2021.

JAMES C. DEVER III
United States District Judge

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).